GERALD WEINER, State Bar Number 046132
PROBSTEIN & WEINER
9696 Culver Blvd., Suite 205
Culver City, CA 90232
Phone (310) 836-1400
Fax (310) 836-1420
gbweiner@pwmusiclaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONORA PUBLISHING/EDITORIAL SONORA PUBLISHING CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AA&O ENTERPRISES, INC., a California corporation; ABEL OROZCO, an individual; and DISCOS LINDA, a business entity of unknown form, and DISCOS LINDA, a limited liability company <br><br> Defendant | CASE NO. CV02-01924 SGL (AJWx) <br><br> Consolidated Actions: <br><br> CV05-01162 SGL (AJWx) <br> CV05-05838 (AJWx) <br><br> [PROPOSED] JUDGMENT |

This action came on for hearing before the Court on August 23, 2010 in Courtroom 680 of this court on a NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT brought by Plaintiff Sonora Publishing/Editorial Sonora Publishing Corp. The evidence having been presented and having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND JUDGED that said motion be granted and that judgment be granted as follows;

$140,000.00 in favor of Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC;

$150,000.00 in favor of Cintas Acuario and against Abel Orozco, AA&O Enterprises

Inc. and Discos Linda LLC; $7,283.90 in attorney's fee awarded to Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC; $611,102.26 in attorney's fees incurred by three law firms Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LL; $83,087.56 in costs incurred by Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC for a total Judgement in favor of Sonora Publishing/Editoria Sonora Publishing Corp. and Cintas Acuario Inc. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC in the amount of $992,013.72.

Dated: _____Aug 10, 2010_____

_____
Hon. Audrey B. Collins
United States District Court Judge.